**THIRD DIVISION**
**DOYLE, P. J.,**
**McFADDEN, P. J., and HODGES, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**December 29, 2022**

# In the Court of Appeals of Georgia

A20A1188. JUNIOR v. GRAHAM.

DOYLE, Presiding Judge.

In *Junior v. Graham*,[1] this Court affirmed the trial court's denial of the appellant's motion for attorney fees under OCGA § 9-11-68. The appellant appealed the decision to the Supreme Court of Georgia, which reversed our judgment and remanded the case to this Court "with direction to remand the case to the trial court for reconsideration of [the appellant's] motion for attorney fees and expenses under OCGA § 9-11-68 (b) (2) consistent with this opinion."[2] We therefore vacate our earlier opinion and adopt the Supreme Court's opinion as our own.

---

[1] 357 Ga. App. 815 (849 SE2d 536) (2020).

[2] *Junior v. Graham*, 313 Ga. 420, 429 (2) (c) (870 SE2d 378) (2022).

*Judgment reversed and case remanded with direction. McFadden, P. J., and Hodges, J., concur.*